RECEIVED
MAY 19 2016
BY MAIL

FILED
MAY 19 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Ms. Adriane B. Jackson )
Ms. Adrienne B. Jackson )
Inmate No. 150273 )
(Enter above the full name of the
Plaintiff(s) in this action. Include prison
registration number(s).)

v.

St. Louis County Circuit Court )
Pine Lawn Police Department )
St. Louis County Justice Center (Infirmary) )
St. Louis County Medical Staff )
St. Louis County Transporters )
Mail Clerk )
Department of Mental Health )
hospitals medical staff of all- )
psychiatrists, psychologists, and nurses )
Board of Probation Department of Corrections )

**4:16CV00704 AGF**

Missouri Bar   social worker
Arts of Healing   Department of Education
All treatments
Fulton State Hospital   Metropolitan Psychiatric Center
DePaul Hospital, Christian NorthEast
St. Mary's, Barnes, and any others
Children's One Place For records!
Malpractice on CNB trial
St. Louis Circuit Court Div. 1 Judges
St. Louis City Family Court / Children's Division
Family Resource Center Agency
Jimmie Edwards (Judge)
David Mason (Judge)

(Enter above the full name of **ALL** Defend-
ant(s) in this action. Fed. R. Civ. P. 10(a)
requires that the caption of the complaint
include the names of **all** the parties. Merely
listing one party and "et al." is insufficient.
Please attach additional sheets if necessary.

### PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

I.  PLACE OF PRESENT CONFINEMENT:

   St. Louis County Justice Center (Jail)

II. PREVIOUS CIVIL ACTIONS:

   A.  Have you brought any other civil actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your confinement?

   YES [✓]     NO [✓]

B.  If your answer to "A" is YES, describe the action(s) in the space below. If there is more than one action, you must describe the additional action(s) on a separate piece of paper, using the same format as below.

1. Parties to previous civil action:

   Plaintiff(s): _Adriane B Jackson_

   Defendant(s): _____

2. Court where filed: _____

3. Docket or case number: _4:15 CV-00724 + 4:15 CV-01874 ERW_

4. Name of Judge: _____

5. Basic claim made: _Civil rights complaint 1983_
   _Writ of Habeas Corpus 2254_

6. Present disposition (Is the case still pending? Is it closed? If closed, was it appealed?):
   _It's in the process of being on the docket_

III.  GRIEVANCE PROCEDURES:

A. Is there a prisoner grievance procedure at the institution in which you are incarcerated?

   YES [✓]        NO [ ]

B. Have you presented this grievance system the facts which are at issue in this complaint?

   YES [✓]        NO [ ]

-2-

C. If your answer to "B" is YES, what steps did you take: _____

I wrote to Herbert Bernsen, gave grievances to staff and if its in a way to sue they don't answer

D. If your answer to "B" is NO, explain why you have not used the grievance system:

They don't respond when you been injured legally or medically, legally of information pertaining to length of days of incarceration

IV. PARTIES TO THIS ACTION:

A. Plaintiff(s)

1. Name of Plaintiff: Ms. Adrianne B Jackson Inmate 150273

2. Plaintiff's address: St. Louis County Justice Center 100 South Central Avenum

3. Registration number: 150273

4. Additional Plaintiff(s) and address(es): Any documents of Information of records for proof

B. Defendant(s)

1. Name of Defendant: State of Missouri   Herbert Bernsen   St. Louis County Circuit Court   St. Louis County Justice Center   Pine Lawn Police Department Pine Lawn, Mo

2. Defendant's address: 7900 Carondelet   100 South Central Clayton, Mo 63105

3. Defendant's employer and job title: State of Missouri   St. Louis County Circuit Court / St. Louis

4. Additional Defendant(s) and address(es): St. Louis County Government additional parties police, prosecutors, defense attorneys, Board of probation, Medical of St. Louis County Justice Center 7900 Carondelet Circuit Court 100 South Central

Mary V Horton   Barnes Jewish Christian Northeast
Duan Ellworth   St. Mary's Fulton, Metropolitan
Ervin Simmons   Center

-3-

V. COUNSEL

A. Do you have an attorney to represent you in this action?

YES [ ]          NO [✓]

B. If your answer to "A" is NO, have you made an effort to contact an attorney to represent you in this matter?

YES [ ] ✓        NO [ ]   I'm trying

C. If your answer to "B" is YES, state the name(s) and address(es) of the attorneys you contacted and the results of those efforts:

H. Carl Minibor    4390 Lindel
Venus Harry        U. City
Mark Burn          818 Lafayette
Jeremy Beird       818 Lafayette
Public Defenders   100 South Central

D. If your answer to "B" is NO, explain why you have not made such efforts:

_____

_____

E. Have you previously been represented by counsel in a civil action in this Court?

YES [ ]          NO [✓]

F. If your answer to "E" is YES, state the attorney's name and address:

hope to have legal counsel in this civil matter

_____

-4-

VI.   Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary): St. Louis County Circuit Court / Probation Pine Lawn Police Dept  St. Louis County Justice Center / Medical

1. I was charged with 2 different offenses that was made into a crime
2. I was involved with physical harm with Pine Lawn Police Department
3. I was involuntarily incarcerated / hospitalized while pregnant by the St. Louis Circuit Court upon decisions made by the St. Louis County Justice Center Medical Infirmary also privileged information by Pine Lawn Police Department who originally imposed a crime with a person that allowed me to have a nervous break down
4. I was used in my own defense without legal counsel
5. Information was passed and used against me
6. I was forced in trial and found legally / medically incompetent
7. I never had Due Process of the law
8. I was forced other obligations implemented by Probation officer
9. I was forced to wear an ankle bracelet four years later
10. I was resentenced by the St. Louis County Court with false judgment by Probation, prosecutor ordered by judge for ankle
11. I have suffered severe punishment - out led to other illness involving my mental, physical psychological, social, emotional health without proper care and treatment with extended length of false imprisonment
12. I have broken bones such as jaw, leg, ankle along with chipped teeth.
13. And forced medications that caused me harm I was abused by St. Louis County Circuit Court St. Louis County Justice Center / Medical staff Board of Probation Fulton State Hospital / Metropolitan Psychiatric Hospital

Additional Names are attached -

It has been hard to communicate in the Court of Law.

-5-

VII. RELIEF

State briefly and exactly what you want the Court to do for you. Do not make legal arguments. (Note: If you are a **state** prisoner and you seek from this Court relief that affects the length or duration of your imprisonment, your case **must** be filed on a § 2254 form.)

damages. also an unspecified amount for injuries with policy, hospital, incarceration overturn my conviction so I can plead not guilty release on my own recognizance until decided to be investigated without this ankle monitor exempt from all this charges illegality / illegal imprisonment I want to be free I did everything I could

VIII. MONEY DAMAGES:

To be awarded for everyday I serve in actual punitive monetary damages to be compensated for not fair trial

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES ☑   NO ☐

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages: Involuntary incarceration Will decide at a later time  Involuntary hospitalization unspecified amount damages, injuries, held involuntarily also medical malpractice involuntarily legally, medically for future ongoing harm injuries damages police brutality injuries loss suffering for everything that went wrong without NO LEGAL from someone's negligence and FAULT JUSTIFICATION

IX. Do you claim that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [✓]   NO [ ]

Adriane Jackson
Adriane Jackson

_____
Signature of attorney or pro se Plaintiff(s)

May 16, 2016
Date

-6-