UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| ADRIANE B. JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:16-CV-704-AGF |
| ) | |
| ST. LOUIS COUNTY CIRCUIT COURT, ) | |
| et al.,, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

Plaintiff, a prisoner, filed the instant civil action on May 19, 2016; however, she has neither paid the filing fee nor has she submitted a motion to proceed in forma pauperis. As a result, the Court will order plaintiff to either pay the $400 filing fee or submit a motion to proceed in forma pauperis. Additionally, if plaintiff files a motion to proceed in forma pauperis, she must also file a certified copy of her prison account statement for the six-month period immediately preceding the filing of her complaint. *See* 28 U.S.C. § 1915(b).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall either pay the $400 filing fee or submit a motion to proceed in forma pauperis within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff submits a motion to proceed in forma pauperis, she must also submit a certified copy of the prison account statement for the six-month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that the Clerk is directed to send plaintiff a copy of the Court's prisoner motion to proceed in forma pauperis form.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice.

Dated this 20th day of May, 2016.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE